**The People of the State of Illinois, defendant in error, v. Hattie Van Dorn, plaintiff in error. Gen. No. 7,701.**

Conviction of keeping house of ill-fame, etc. Error to the County Court of Vermilion county; the Hon. Walter J. Bookwalter, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed June 17, 1924.

Clark & Hutton, for plaintiff in error. John H. Lewman, State's Attorney, for defendant in error; Paul F. Jones, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Ralph E. Gray, plaintiff in error. Gen. No. 7,707.**

Conviction of criminal contempt. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed June 17, 1924.

Charles Troup, for plaintiff in error. John H. Lewman, State's Attorney, for defendant in error; I. R. Carter, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

**The First National Bank of Monticello, appellant, v. John W. Dubson, appellee. Gen. No. 7,711.**

Judgment by confession on promissory note. Order vacating judgment and granting leave to plead on merits. Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1924. Appeal dismissed. Opinion filed June 17, 1924.

Shonkwiler & Firke, for appellant. W. A. Doss, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

**Arthur Leetham, appellee, v. American Zinc Company, appellant. Gen. No. 7,727.**

Action for damages for injury to premises by smelter fumes. Appeal from the Circuit Court of Montgomery county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed June 17, 1924.

A. W. Kopp and Hill & Bullington, for appellant. J. E. Major and Joe Major, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.